**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

LEOTHA SCOTT                                                                                          PLAINTIFF

vs.                                                              Civil Action No. 4:09-cv-63 HTW-LRA

ABL FOOD SERVICE and WYATT HARVEY,
Kitchen Supervisor of Lauderdale County
Detention Center                                                                                   DEFENDANTS

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within ten (10) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636, and this court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the order of this court.

**SO ORDERED, this the 27th day of January, 2011.**

                                                   **s/ HENRY T. WINGATE
                                                   UNITED STATES DISTRICT JUDGE**